1  EUSTACE DE SAINT PHALLE, SBN 179100
   JOSEPH R. LUCIA, SBN 278318
2  RAINS LUCIA STERN, PC
   220 Montgomery Street, 15th Floor
3  San Francisco, CA 94104
   Tel: (415) 341-9341
4  Fax: (925) 609-1690
5  E-mail: PersonalInjuryGroup@RLSlawyers.com

6  JOHN E. NORRIS
   (Admitted *Pro Hac Vice*)
7  DAVIS & NORRIS LLP
   The Bradshaw House
8  2154 Highland Avenue South
9  Birmingham, AL 35205
   Tel: (205) 930-9900
10 Fax: (205) 930-9989
   Email: JNorris@davisnorris.com
11
12 Attorneys for Plaintiff
   ADRIENNE FRASER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FRASER on behalf of herself and all others similarly situated, | CASE NO. 3:16-cv-00047-LB |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | |
| WYSONG CORPORATION and DOES 1-25, inclusive, | Magistrate Judge Laurel Beeler |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this case without prejudice. Since the Defendants have not yet appeared or served an answer or motion for summary judgment, this notice serves to dismiss the case under Rule 41(a)(1)(A).

///

///

1
NOTICE OF DISMISSAL

| | |
|---|---|
| Dated: February 24, 2016 | **RAINS LUCIA STERN, PC**<br><br>*/s/ Eustace de Saint Phalle*<br>By:  Eustace de Saint Phalle<br>Attorneys for Plaintiff ADRIANNE FRASER |

2
NOTICE OF DISMISSAL